[362 N.C. 172 (2008)]

IN THE MATTER OF J.J., J.J., J.J., MINOR CHILDREN

No. 15A07

(Filed 25 January 2008)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 180 N.C. App. 344, 637 S.E.2d 258 (2006), affirming an order entered on 24 March 2005 by Judge James A. Jackson in District Court, Gaston County. On 3 May 2007, the Supreme Court allowed respondent's petitions for writ of certiorari to review additional issues. Heard in the Supreme Court 11 December 2007.

*Jill Y. Sanchez for petitioner-appellee Gaston County Department of Social Services.*

*Richard E. Jester for respondent-appellant mother.*

PER CURIAM.

As to the constitutional issue addressed by the dissenting opinion in the Court of Appeals, the petition for writ of certiorari was improvidently allowed. As to all other issues, the majority decision of the Court of Appeals is affirmed.

AFFIRMED; CERTIORARI IMPROVIDENTLY ALLOWED IN PART.

Justice HUDSON did not participate in the consideration or decision of this case.